UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR ASSET BACKED SECURITIES TRUST 2006-HE3,<br><br>    Plaintiff,<br>v.<br><br>WMC MORTGAGE CORPORATION,<br><br>    Defendant. | **CIVIL 11-2542 (JRT/TNL)** |

- - - - - - - - - - - - - - - - -

| | |
|---|---|
| MASTR ASSET BACKED SECURITIES TRUST 2006-HE3,<br><br>    Plaintiff,<br>v.<br><br>WMC MORTGAGE, LLC et al.,<br><br>    Defendants. | **Civil No. 12-2149 (RHK/SER)** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Case No. 11-2542 having been assigned to Judge John R. Tunheim and Magistrate Judge Tony N. Leung and Case No. 12-2149 having later been assigned to Judge Richard H. Kyle and Magistrate Judge Steven E. Rau and said matters being related cases,

    **IT IS HEREBY ORDERED** that Case No. 12-2149 be assigned to Judge John R. Tunheim and Magistrate Judge Tony N. Leung, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated December 19, 2008.

    **IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: September 5, 2012

                                                   s/John R. Tunheim
                                                 Judge John R. Tunheim
                                                 United States District Court

DATED: September 5, 2012

                                                 s/ Richard H. Kyle
                                                 Judge Richard H. Kyle
                                                 United States District Court