UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE, LLC, as successor to WMC MORTGAGE CORP., and EQUIFIRST CORPORATION,<br><br>Defendants. | Case No. 12-cv-02149 JRT/TNL<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Richard T. Ostlund and Randy G. Gullickson of the law firm of Anthony Ostlund Baer & Louwagie P.A. will appear as counsel for Defendant EquiFirst Corporation in the above-referenced matter.

Dated: September 10, 2012

**ANTHONY OSTLUND BAER & LOUWAGIE P.A.**

By: s/Randy G. Gullickson
Richard T. Ostlund (#144277)
rostlund@aoblaw.com
Randy G. Gullickson (#185607)
rgullickson@aoblaw.com
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-349-6969
Facsimile: 612-349-6996

*Attorneys for Defendant EquiFirst Corporation*

#367669