UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, soley in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WMC MORTGAGE, LLC, as successor to WMC MORTGAGE CORP., and EQUIFIRST CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 12-cv-02149 JRT/TNL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

---

It is hereby stipulated by and between Plaintiff MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, and Defendant EquiFirst Corporation that the deadline to answer or otherwise respond to the Complaint against EquiFirst Corporation is extended to November 6, 2012.

*- signatures on next page -*

Dated: September 10, 2012               MASLON EDELMAN BORMAN
                                          & BRAND, LLP


                                        By:*s/Justin H. Perl*
                                            Justin H. Perl (#151397)
                                        (Justin.perl@maslon.com)
                                        3300 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN 55402-4140
                                        Telephone: 612-672-8200

                                        **KASOWITZ, BENSON, TORRES**
                                          **& FRIEDMAN LLP**
                                        Mark E. Kasowitz (mkasowitz@kasowitz.com)
                                        Michael M. Fay (mfay@kasowitz.com)
                                        Jenny Kim (jkim@kasowitz.com)
                                        Uri A. Itkn (uitkin@kasowitz.com)
                                        1633 Broadway
                                        New York, NY 10019
                                        Telephone: 212-506-1700

                                        *Attorneys for Plaintiff MASTR Asset Backed*
                                        *Securities Trust 2006-HE3, by U.S. Bank*
                                        *National Association, as Trustee*

Dated: September 10, 2012               **ANTHONY OSTLUND BAER**
                                          **& LOUWAGIE P.A.**


                                        By:*s/Randy G. Gullickson*
                                            Richard T. Ostlund (#144277)
                                            rostlund@aoblaw.com
                                            Randy G. Gullickson (#185607)
                                            rgullickson@aoblaw.com
                                        3600 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN 55402
                                        Telephone: 612-349-6969
                                        Facsimile: 612-349-6996

                                        and

**ARNOLD & PORTER LLP**

David B. Bergman
*( pro hac vice motion to be filed)*
Nicholas M. DePalma
*(pro hac vice motion to be filed)*
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  202-942-5000
Facsimile:  202-942-5999
Email:  David.Bergman@aporter.com
Email:  Nicholas.Depalma@aporter.com

***Attorneys for Defendant EquiFirst Corporation***