UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>        Plaintiff,<br><br>v.<br><br>WMC MORTGAGE, LLC, as successor to WMC MORTGAGE CORP., and EQUIFIRST CORPORATION,<br><br>        Defendants. | Case No. 12-cv-02149 JRT/TNL<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the Stipulation to Extend Time for Defendant EquiFirst Corporation to respond to the Complaint (Doc. No. 8) entered into by the parties,

**IT IS HEREBY ORDERED** that the time for Defendant EquiFirst Corporation to answer or otherwise respond to the Complaint is extended to and including **November 6, 2012**.

Dated:  September 12, 2012

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge