IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006, | Case No. 12-cv-2149 (JRT/TNL) **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | |
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., and EquiFirst Corporation, | |
| Defendants. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Andrew M. Luger and Jenny Gassman-Pines shall appear as counsel of record for Defendant WMC Mortgage LLC in this case.

Dated:  September 25, 2012        **GREENE ESPEL PLLP**

  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
 (612) 373-0830

Attorneys for Defendant WMC Mortgage, LLC