IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage, LLC, as successor to WMC Mortgage Corp., and EquiFirst Corporation,<br><br>Defendants. | Case No. 12-cv-2149 (JRT/TNL)<br><br>**ORDER** |

Pursuant to the Stipulation to Extend Time for Defendant WMC Mortgage, LLC to respond to U.S. Bank National Association's Complaint (Doc. No. 14), entered into by the parties,

**IT IS HEREBY ORDERED** that the time for Defendant WMC Mortgage, LLC to respond to U.S. Bank National Association's Complaint is extended to **November 6, 2012.**

Dated: September 25, 2012

    *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge