# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:**  12-2149 (JRT/TNL)

**Case Title:**  MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006 v. WMC Mortgage, LLC, as successor to WMC Mortgage Corp., and EquiFirst Corporation

**Affidavit of Movant**

I, Jenny Gassman-Pines, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Megan B. Poetzel, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ☐ plaintiff ☒ defendant WMC Mortgage, LLC, as successor to WMC Mortgage Corp. in the case listed above.  I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☒  I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

☐  I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature:  s/ Jenny Gassman-Pines          Date:  10/3/12

MN Attorney License #:  386511

**Affidavit of Proposed Admittee**

I, Megan B. Poetzel, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but am not admitted to the bar of this court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must

participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 77 by electronic means and I understand that electronic notice will be sent in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Signature:   s/ Megan B. Poetzel                              Date:   9/25/12

Typed Name:   Megan B. Poetzel

Attorney License Number:   2643664 issued by the State of IL (initials)

Law Firm Name:        Jenner & Block

Law Firm Address:    353 N. Clark Street, Chicago, IL  60654-3456

Main phone:           312-222-9350

Direct line:           312-923-2823

E-mail address:       mpoetzel@jenner.com

Note: This motion shall be converted to PDF and e-filed in CM/ECF - do not e-file instruction page.  A check in the amount of the Pro Hac Vice admission fee of $100 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before the proposed admittee will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

For questions, please contact the Attorney Admissions Clerk at (651) 848-1122.