## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage, LLC, as successor to WMC Mortgage Corp., and EquiFirst Corporation,<br><br>Defendants. | Case No.: 12-cv-2149 (JRT/TNL)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorneys hereby notify the Court and counsel that Charles Frohman shall appear as counsel of record for Plaintiff MASTR Asset Backed Securities Trust 2006-HE3 in this case.

Dated:  October 12, 2012          **MASLON EDELMAN BORMAN & BRAND, LLP**


By:   /s/ Charles Frohman
        Justin H. Perl (#151397)
        Charles Frohman (#0386695)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200
justin.perl@maslon.com
charles.frohman@maslon.com
**Attorneys for U.S. Bank National Association as Trustee for the Trusts**

922347