IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006<br><br>        Plaintiff,<br><br>  vs.<br><br>WMC MORTGAGE LLC, as successor to WMC MORTGAGE CORP., and EQUIFIRST CORPORATION,<br><br>        Defendants. | Case No.: 12-cv-02149 (JRT/TNL)<br><br>**ORDER** |

This matter is before the Court, Magistrate Judge Tony N. Leung, on the Parties' Joint Stipulation Establishing Uniform Briefing Schedule (Docket No. 19). Based upon the Joint Stipulation, the Pretrial Scheduling Order in the above-captioned matter is amended as follows:

1. The current deadline for responding to the counterclaims in is vacated.

2. U.S. Bank may file an amended complaint or counterclaims in this action on or before November 30, 2012.

3. All prior consistent orders remain in full force and effect.

4. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and

the like, including without limitation: assessment of costs, finds and attorneys' fees and disbursements, waiver of rights to object, exclusion or limitation of witnesses, testimony, exhibits and other evidence, striking of pleadings, complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

**IT IS SO ORDERED.**

Date: November 6, 2012

s/ *Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
for the District of Minnesota